In the Matter of the Arbitration between SAMUEL PARIS, Appellant, and HAROLD HERMAN et al., Respondents, and Others.

Submitted April 16, 1945; decided April 19, 1945.

*Harry Hoffman* for petitioner's motion for stay and in opposition to cross motion to dismiss the appeal.

*David Sklaire* for cross motion to dismiss the appeal and in opposition to petitioner's motion for stay.

Motions for stay granted and case set down for argument during first week of May 1945 session.

Motion to dismiss appeal denied.